EBEN P. CLAPP

*v.*

STATE OF ILLINOIS.

*Opinion filed September 11, 1922.*

INHERITANCE TAX—when refund will be made. Under the fact proved and admitted by the State, the Court awards claimant the amount of inheritance tax over-paid.

Edward J. Brundage, Attorney General, for State.

This is a claim for refund of certain inheritance taxes assessed by the County Judge of Cook County, Illinois, in the estate of Mary N. Clapp, deceased.

At the death of said deceased, she left surviving, her husband, the claimant, Eben P. Clapp, who took out letters of administration, and one child, Matthew N. Clapp, a minor son, as her only child, and only heirs at law her surviving. Claimant was also appointed guardian of said Matthew N. Clapp.

The claim is based upon an order of the County Court of Cook County upon an appeal from the order of the County Judge aforesaid, reducing the assessment so erroneously made by the County Judge.

The appeal was taken in due time, and the evidence and facts submitted in the case and admitted by the State, and are as follows:

Mary N. Clapp, decedent, died March 31st, 1920, Inheritance Tax assessed by County Judge of Cook County, September 30th, 1920, less 5% discount. Order entered by Court on appeal May 4th, 1921.

Eben P. Clapp:

| | | |
|---|---|---|
| Amount assessed by County Judge.......... | $66,046.27 | |
| Amount paid under said assessment........ | | $62,743.95 |
| Amount assessed by County Court on appeal.. | $63,953.49 | |
| Amount due under order on appeal.......... | | $60,755.82 |

Refund due Eben P. Clapp, individually.................$ 1,988.13

Matthew N. Clapp, minor:

| | | |
|---|---|---|
| Amount assessed by County Judge........ | $150,492.55 | |
| Amount paid under said order........... | | $142,967.92 |
| Amount fixed by County Court on appeal...| $146,306.97 | |
| Amount due under said order............ | | $138,991.62 |

Refund due Eben P. Clapp, guardian of Matthew N. Clapp, minor .........................................$ 3,976.30

The Court under above facts, accordingly award to Eben P. Clapp, individually, $1,988.13; and to Eben P. Clapp, guardian of Matthew N. Clapp, minor, $3,976.30.